UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ASHLEY ARRINGTON,

    Plaintiff,

v.                                     CASE NO: 8:04-cv-1001-T-23TGW

CITY OF CLEARWATER, FLORIDA,
et al.,

    Defendants.
_____/

**ORDER**

The plaintiff moves (Doc. 13) to schedule arbitration and to continue the trial and (Doc. 14) to continue the pretrial conference. The motions (Docs. 13 and 14) are **GRANTED**. The action is removed from the June, 2005 trial term and placed on the **November, 2005 trial term**. The pretrial conference scheduled for May 6, 2005 is cancelled and rescheduled for **October 6, 2005 at 2:30 pm** before the Honorable Thomas G. Wilson.

ORDERED in Tampa, Florida, on May 5, 2005.

                                                    STEVEN D. MERRYDAY
                                                    UNITED STATES DISTRICT JUDGE

cc:    U.S. Magistrate Judge
        Courtroom Deputy